minutes and the exhibits denied, without costs. Motion for stay denied, without costs, on condition that the respondent file a bond to secure the appellant in the sum of $1,500, and thereupon the appellant deliver to the respondent all papers and documents upon which appellant asserts a lien and execute all necessary consents to the payment of all moneys belonging to the respondent, which are withheld on account of any asserted lien, all without prejudice to the lien, if any; otherwise, motion for stay granted, with $10 costs.

---

In re PROPPING. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) In the matter of Maurice Propping an attorney.

PER CURIAM. Motion denied, upon payment within 10 days, without conditions, by respondent, of the sum of $125 (conceded by him to be due and which he has previously offered to pay), without prejudice to the respective claims of the parties against each other. By this decision the court does not intend any reflection upon the good faith or integrity of the respondent.

THOMAS, J., is of opinion that the $125 should be paid unconditionally, without prejudice as to the balance; that the matter should not be determined in this proceeding, which should be dismissed.

---

PRZYTULA, Respondent, v. EMPIRE STATE DEGREE OF HONOR, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Szczepan Przytula, as executor, etc., of Jan Kukietka, deceased, against the Empire State Degree of Honor. No opinion. Orders affirmed, with $10 costs and disbursements.

---

PUTNAM v. PUTNAM et al. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Herbert H. Putnam against Mary K. Putnam and others. No opinion. Judgment affirmed, with costs.

---

QUARTIN, Appellant, v. GOLDSTEIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Action by Hyman Quartin against Samuel Goldstein, and others. No opinion. Judgment and order unanimously affirmed, with costs.

---

RADKA, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 11, 1911.) Action by Rose E. Radka, as administratrix, etc., of William H. Radka, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents.

---

RAMBAUT v. TEVIS. COFFIN v. SAME. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Actions by Thomas D. Rambaut against William S. Tevis, George M. Coffin against the same. No opinions. Motions denied, with $10 costs. Memorandum per curiam. Settle orders on notice.

---

RAMSTROM v. BARNES MFG. CO. et al. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by Ingefrid Ramstrom against the Barnes Manufacturing Company and another. No opinion. Plaintiff's exceptions overruled, and judgment directed for the defendants, dismissing the complaint, with costs, on the ground that there is no proof in the record that the driver of the truck in question was in the employment of the defendants.

---

RANSOM, Appellant, v. GILMAN, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Rastus S. Ransom against Frazier Gilman, as committee of Anna K. Gilman, a lunatic. No opinion. Judgment affirmed, with costs, on the authority of Reed v. Gilman, decided herewith, infra. See, also, 144 App. Div. 905, 128 N. Y. Supp. 1142.

---

REED, Appellant, v. GILMAN, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Latham G. Reed against Frazier Gilman, as committee of Anna K. Gilman, a lunatic.

PER CURIAM. Independently of the question whether, if the statute had been suspended between March 19, 1891, and the date of the appointment of the committee, after such appointment it would again begin to run, we think that the evidence fails to establish by a fair preponderance thereof that Anna K. Gilman, down to 1907, had resided without the state, and remained continuously absent therefrom for the space of one year or more. Judgment affirmed, with costs. See, also, 144 App. Div. 905, 128 N. Y. Supp. 1142.

---

REUSENS, Respondent, v. MORTON, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Guillaume Reusens against William J. Morton, impleaded with others. No opinion. Motion denied, with $10 costs. See, also, 132 N. Y. Supp. 1144.

---

In re REYNOLDS' WILL. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) In the matter of the probate of the last will and testament of John J. Reynolds, deceased.

PER CURIAM. Decree of the Surrogate's Court of Queens County reversed, and issues ordered to be tried by a jury, with costs of the appeal to abide the event of the new trial, payable out of the estate, on the authority of Matter of Tompkins, 69 App. Div. 474, 74 N. Y.